```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
REBEKAH R. GIBSON
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH GIO CURRIE, ) <br> ) <br> Defendant. ) | CR. NO. S-06-0229-GGH <br><br> GOVERNMENT'S MOTION TO DISMISS <br> WITH PREJUDICE AND <br> ORDER <br><br> DATE: July 31, 2006 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Gregory G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice case CR. NO. S-06-0229-GGH.

DATED: July 03, 2006                     MCGREGOR W. SCOTT
                                         United States Attorney


                                         By: /s/ Carolyn K. Delaney for
                                             MATTHEW C. STEGMAN
                                             Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: 7/14/06

/s/ Gregory G. Hollows
United States Magistrate Judge                          currie.ord

1